# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10     UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**



FILED
JAMES J. VILT, JR. - CLERK
NOV 10 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JEFFERY JOHNSON

_____

(Full name of the Plaintiff(s) in this action)

v.

NURSE TINGLER
DR FORTWEGLER
WELLPATH KCS

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22-CV-602-DJH
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JEFFERY JOHNSON

Place of Confinement: KSR

Address: MARSHALL CO JAIL 54 JUDICIAL DR BENTON KY 42025

Status of Plaintiff: CONVICTED (X)    PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)    PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)    PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **NURSE TINGLER** is employed as **NURSE PRACTITIONER** at **KSR**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant **DR FORTWEGLER** is employed as **DOCTOR** at **KSR**.

The Defendant is being sued in his/her (X) individual and/or (__) official capacity.

(3) Defendant **WELLPATH ICS** is employed as **PROVIDER** at **KSR**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S) continued

IN JANUARY 2021 DR FORTWEGLER PRESCRIBED NAPROXEN AN NSAID AT THE SAME TIME AS THE DIABETIC MEDICATION GLIPZIDE WITCH "CAN NOT" BE TAKEN TOGETHER. THEN NURSE PRACTISIONER TINGLER & DR FORTWEGLER STARTED IN JANUARY OVERDOSING ME ON NSAIDS AT 2 TIMES THE "MAX" DAILY DOSE OF NSAIDS (NAPROXEN & IBUPROFEN) 1200mg IS MAX DOSE DAILY I WAS GIVEN 2200mg WHILE AT THE SAME TIME ON THE DIABETIC MEDICATION GLIPZIDE = RECKLASSLY ENDANGERING MY LIFE AND INTERFERING WITH MY DIABETIC TREATMENT THAT HAD BEEN PRESCRIBED SEE ESTELLE VS GAMBLE 429 U.S. AT 105 PRISON OFFICIALS INTERFERING WITH MEDICAL TREATMENT ONCE PRESCRIBED IS DELEBERATE INDIFFERANCE TO SERIOUS MEDICAL NEEDS DIABETIES IS CLEARLY COVERED AS AH SERIOUS MEDICAL NEED

THEY CONTINUED TO OVER DOSE ME ON NSAIDS AT 2 TIMES THE "MAX" DAILY DOSE WHILE ON THE DIABETIC MEDICATION GLIPIZIDE WHICH CAN NOT BE TAKEN TOGETHER FOR MONTHS
SEE EXHIBIT #9
I WAS ALSO TOLD BY WELLPATH AGENTS DEBBIE BOWER AND NURSE PRACTITIONER LYONS TO PURCHASE NSAID IBUPROFEN OFF CANTEEN WHILE ON GLIPIZIDE
SEE EXHIBIT #2
THE WELLPATH SUPERVISORS ACKNOWLEDGE + ADMIT I WAS GIVEN THE NSAIDS TOGETHER AT 2 TIMES THE "MAX" DAILY DOSE BY AN LICENSED PROVIDER IN THEIR RESPONSE IN GRIEVANCE # 22-0314
SEE EXHIBIT #1
I HAVE SUFFERED PHYSICAL INJURY AND DAMAGE TO MY INTERNAL ORGANS AND THEY STATE + ACKNOWLEDGE SO BY THE HEALTH CARE COMMITTEE AND I QUOTE LABS SHOW "NO CRITICAL LAB VALUES" FURTHER ACKNOWLEDGING ABNOMALYS IN MY LAB WORK YET I'M SHITTING "BLOOD" FOR MONTHS BUT THEY CONTINUED TO PRESCRIBE NSAIDS AT 2 TIMES THE "MAX" DAILY DOSE WITH THE DIABETIC MEDICATION GLIPIZIDE DR FORTWENGLER + NURSE PRACTITIONER TINGLER + WELLPATH LLC'S + DIAMOND PHARMACY

KNOW OR SHOULD KNOW WITH THEIR EXTENSIVE MEDICAL KNOWLAGE AND MEDICAL TRAINING THAT I CAN NOT BE GIVIN ALL THOSE MEDICATIONS TOGETHER AND NSAIDS AT 2 TIMES THE "MAX" DAILY DOSE OF 1200mg

SEE EXHIBIT #3

DOCUMENTATION FROM THE AMERICAN WITH DIABETIES ASSOCIATION FOR DIABETIC HEALTH CARE IN PRISONS WHICH THE DEFENDANTS INTERFERED WITH

SEE ESTELLE 429 U.S. AT 105 PRISON OFFICIAL INTERFERING WITH MEDICAL TREATMENT ONCE PRESCRIBED IS DELIBERATE INDIFFERANCE

THE DEFENDANTS NURSE PRACTISIONER TENGLER, DR FORTWEGLER, WELLPATH LLC + DIMOND PHARMACY WHO SUPPLIED THE NSAIDS AT 2 TIMES THE "MAX" DAILY DOSE DNE KNOW AND HAVE SUBJECTIVE KNOWLAGE OF THE RISK AND THE RISK IS PLAINLY FORSEEABLE TO ANY REASONABLE PRISON OFFICIAL, LAYPERSON OR FACTFINDER THAT PHYSICAL HARM WOULD OCCUR FROM THE VERY FACT THAT THE RISK IS "OBVIOUS"

p4

SEE EXHIBIT #5
DOCUMENTATION FROM DRUGS.COM
OF THE "OBVIOUS" THAT THE DEFENDANTS
KNOW OR SHOULD KNOW WITH THEIR
EXTENSIVE MEDICAL TRAINING & KNOWLEDGE
SEE
FARMER VS BREMANN 511 U.S AT 825

AN 8TH AMENDMENT CLAIMMENT NEED
NOT SHOW THAT AH PRISON OFFICIAL
ACTED OR FAILED TO ACT BELIEVING
HARM ACTUALLY BEFALL AH INMATE
IT IS ENOUGH THAT THE OFFICIAL
ACTED OR FAILED TO ACT DESPITE HIS/HER
KNOWLAGE OF SUBSTANTIAL RISK OF HARM
AND AH FACTFINDER MAY CONCLUDE THAT
AH PRISON OFFICIAL KNEW OF SUBSTANTIAL
RISK OF HARM FROM THE VERY "FACT"
THAT THE RISK WAS "OBVIOUS"

THE DEFENDANTS HAVE ACTED WITH DELEBERATE
INDIFFERANCE TO MY HEALTH & SAFTY &
SERIOUS MEDICAL NEEDS VIOLATING
CONSTUTUTIONAL AND STATUTORY PROVISIONS
AGAINST CRUEL AND UNUSUAL PUNISHMENT
AND HAVE INTERFERED WITH MY DIABETIC
PRESCRIBED MEDICAL TREATMENT

P5

WHILE ACTING AS AGENTS OF THE STATE OF KENTUCKY AND THE COMMONWEALTH UNDER THE COLOR OF LAW VIOLATING MY 8th AMENDMENT RIGHTS AND LIBERTY INTREST CAUSING AN DIRECT THREAT AND UNDUE HARDSHIP FURTHER VIOLATING THE ADA & ADA REHABILITATION ACT
SEE
MONTEZ VS OWENS CIVIL ACTION NO 92-N-870 2007 U.S DIST LEXIS 36218 * 11-12 (D. COLO 2007)

JUDGEMENT FOR DAMAGES AGAINST AN DETENTION FACILITY JUDGE FOUND THAT TO "DENY" AN DIABETIC NEEDED MEDICATION IS TO TREAT THAT INDIVIDUAL DIFERANTLY "SINCE PEOPLE" WITHOUT DIABETIES DO NOT NEED DIABETIC MEDICATIONS THEREFORE
THE JUDGE FOUND THAT INTERFERING WITH DIABETIC TREATMENT & MEDICATIONS IS "UNCONSIONABLE" AND AN VIOLATION OF THE ADA AND ADA REHABILITATION ACT
SEE EXHIBIT # 3
FURTHER I HAVE SUFFERED DAMAGE TO MY EYES FROM DIABETIC TREATMENT BEING INTERFERED WITH FOR MONTHS

P6

DIABETES IS "CLEARLY COVERED" AS AN "SERIOUS" HEALTH + MEDICAL CONDITION AND TO INTERFERE WITH IT IS IN FACT UNCONSIONABLE AND BARBEROUS THE DEFENDANTS HAVE UNESSARLY + INTENTIONLY CAUSED THE WANTON INFLECTION OF PHYICAL PAIN, INJURY + EMOTIONAL DISTRESS AND EXCARBATING MY UNDERLYING SERIOUS MEDICAL CONDITIONS DAMAGING MY EYES AND INTURNAL ORGANS I SHIT BLOOD FOR MONTHS DEFENDANT ACKNOWLAGE MY LAB WORK SHOWES THE DAMAGE

SEE EXHIBIT #I

THE CONSTITUTION FORBIDS EXSPOSING INMATES TO CONDITIONS THAT CAUSE RISK TO THEIR "FUTURE" HEALTH

THE DEFENDANTS HAVE IN FACT VIOLATED THEIR OWN HEALTH, SAFTY + MEDICAL POLICYS AS WELL AS THE Hypocratic OATH THEY TOOK TO "NOT" CAUSE HARM

P7

GOKA VS BOBBET
862 F 2d 646, 652 (7th CIR 1988)

FAILURE TO ENFORCE POLICY WHERE THE POLICY IS CRITICAL TO INMATE HEALTH & SAFETY MAY RISE TO THE LEVEL OF DELIBERATE INDIFFERENCE

"DELIBERATE INDIFFERENCE WAS" "FOUND" WHEN PRISON OFFICIALS "FAILED" TO ENSURE YES/HER DIRECT SUBORDINATES FOLLOWED POLICYS THEY "ESTABLISHED"

MOREOVER THE DEFENDANTS OWE A DUTY TO JOHNSON THIS "DUTY" HAS BEEN CODIFIED IN KRS 196.180 WHICH IMPOSES AH "MINISTERIAL DUTY" TO PROTECT THE WELL BEING AND SAFETY OF ALL PRISONER INCLUDING JOHNSON THIS DUTY IS ATTRIBUTABLE TO THE DEFENDANTS EVEN IF THE MEDICAL SERVICES, CARE + PRESCRIBED TREATMENT IS BEING PROVIDED BY A PRIVATE COMPANY SEE WEST VS ATKINS 487 U.S. 42 (1988
PART OF DEFENDANTS DUTY TO JOHNSON LIES IN THE "THRUST" OF THE US CONSTITUTION AND WITHOUT QUESTION THERE HAS BEEN AH "BREACH OF DUTY" OWD TO JOHNSON BOTH CONSTITUTIONALLY AND STATUTORILY

IV.   **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _25 MILLION DOLLARS_

_____ grant injunctive relief by_____

__X__ award punitive damages in the amount of $ _25 MILLION DOLLARS_

_____ other: _____

V.   **DECLARATION UNDER PENALTY OF PERJURY**
  **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _23_ day of _OCT_, 20_22_.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _NOV 5 2022_.

_____
(Signature)

6